IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, NANCY MARASHIO, JAMES FIESEHER, AND PATRICIA GINGRICH,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVE KRAMER, LINGO TELECOM, LLC, and LIFE CORPORATION,**<br><br>Defendants. | Civil Action No. 1:24-cv-00073-SM-TSM |

## NOTICE OF WITHDRAWAL

**To the Clerk of Court and all parties of record:**

Notice is hereby given that Ronald Fein withdraws his Appearance as counsel for the Plaintiffs League of Women Voters of New Hampshire, League of Women Voters of the United States, Nancy Marashio, James Fieseher, and Patricia Gingrich. All other counsel for plaintiffs continue to represent all plaintiffs.

Dated:  April 11, 2024        Respectfully submitted,

By: */s/Ronald Fein*
Ronald Fein (admitted *pro hac vice*)
FREE SPEECH FOR PEOPLE
1320 Centre St. #405
Newton, MA 02459
(617) 244-0234
rfein@freespeechforpeople.org

*Counsel for Plaintiffs*

21722896.1

## CERTIFICATE OF SERVICE

   I hereby certify that, on this 11th day of April 2024, a true and correct copy of the foregoing has been filed and served electronically on all counsel of record via the Court's CM/ECF system.

               */s/Ronald Fein*
               Ronald Fein (admitted *pro hac vice*)
               FREE SPEECH FOR PEOPLE
               1320 Centre St. #405
               Newton, MA 02459
               (617) 244-0234
               rfein@freespeechforpeople.org

               *Counsel for Plaintiffs*

21722896.1