# EXHIBIT D

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Report

**Date:** 03/13/24
**Reference Code:** ███████████████

**Report processed by:**
Akin Gump Strauss Hauer Feld
2300 N FIELD ST STE 1800
DALLAS, TX 75201
214-969-4628 Main Phone
214-969-4343 Fax

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name:  STEVEN DAVID KRAMER
Date of Birth: **5/xx/1969**
Age: **54**
SSN: ████████  issued in
**Connecticut** between **1/1/1986** and **12/31/1987**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**

STEVEN DAVID KRAMER
   Age: **54**  SSN: ████████
STEVEN D KRAMER
   Age: **54**  SSN: ████████
STEVEN KRAMER
   Age: **54**  SSN: ████████
STEVEN D KARAMER
   Age: **54**  SSN: ████████
STEVE KRAMER
   Age: **54**  SSN: ████████
STEPHEN D KRAMER
   Age: **54**  SSN: ████████
STEVE D KRAMER
   Age: **54**  SSN: ████████
STEVEN D KRAMER
   Age: **54**  SSN:  000-00-xxxx

✎ SSN is incomplete.
STEVEN DAVID KRAMER
   Age: **54**  SSN: ████████
STEPHEN KRAMER
   Age: **54**  SSN: ████████
STOVE D KRAMER
   Age: **54**  SSN: ████████

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Others Associated With Subjects SSN:**

(DOES NOT usually indicate any type of fraud or deception)
[None Found]

**Address Summary:**   View All Address Variation Sources

✓ 233 BROADWAY RM 702, NEW YORK, NY 10279-0701, NEW YORK COUNTY ( 2005 - Feb 2024)
10851 S OCEAN DR LOT 3, JENSEN BEACH, FL 34957-2614, ST. LUCIE COUNTY (Apr 2011 - Nov 2023)
20 CLOVERLEAF DR, NEW FAIRFIELD, CT 06812-3120, FAIRFIELD COUNTY (Oct 1989 - Oct 2022)
1700 FLAGLER AVE APT 2, KEY WEST, FL 33040-4944, MONROE COUNTY (Nov 1998 - Sep 2016)
72 ROEBLING ST APT 4A, BROOKLYN, NY 11211-9314, KINGS COUNTY (Jul 2012 - Mar 2014)
9500 S OCEAN DR APT, JENSEN BEACH, FL 34957-2337, ST. LUCIE COUNTY (Mar 2012 - May 2013)
1380 RIVERSIDE DR APT 14G, NEW YORK, NY 10033-1029, NEW YORK COUNTY (May 2001 - Mar 2011)
190 FORDHAM ST APT 6, BRONX, NY 10464-1444, BRONX COUNTY ( 2006 - Jul 2010)
71 STRAWBERRY HILL AVE APT 715, STAMFORD, CT 06902-2709, FAIRFIELD COUNTY (May 2009 - Jul 2009)
60 W 14TH ST APT 2A, NEW YORK, NY 10011-7500, NEW YORK COUNTY (Nov 2008 - Feb 2009)
2116 MILAN ST, NEW ORLEANS, LA 70115-5450, ORLEANS COUNTY (Aug 2002 - Jul 2008)
921 S ROLFE ST APT A, ARLINGTON, VA 22204-6180, ARLINGTON COUNTY (Oct 2001 - Jul 2007)
921A S ROLFE ST, ARLINGTON, CA 92503, RIVERSIDE COUNTY (Jul 2007 - Feb 2008)
921 S A S ROLFE ST, ARLINGTON, VA 22204, ARLINGTON COUNTY (Feb 2002 - Mar 2002)
921 S ROLFE ST APT 1, ARLINGTON, VA 22204-6180, ARLINGTON COUNTY (Oct 2001 - Apr 2005)
1221 S EADS ST APT 1201, ARLINGTON, VA 22202-4723, ARLINGTON COUNTY (Mar 2001 - Mar 2011)
1221 EADS ST S APT 1201, ARLINGTON, VT 05250, BENNINGTON COUNTY (Mar 2001 - May 2006)
2761 OCEAN CLUB BLVD APT 106, HOLLYWOOD, FL 33019-3925, BROWARD COUNTY (Nov 1998 - Sep 2002)
2 LAKE TERRACE DR, DANBURY, CT 06811-3287, FAIRFIELD COUNTY (Sep 2000)
1080 NE 25TH AVE APT 3, POMPANO BEACH, FL 33062-4161, BROWARD COUNTY (Dec 1996 - Jan 1999)
2761 OCEAN CLUB BLVD APT 302, HOLLYWOOD, FL 33019-3927, BROWARD COUNTY (Sep 1998)
1342 U ST NW, WASHINGTON, DC 20009-7558, D.C COUNTY (Aug 1996)
2315 ONTARIO RD NW APT, WASHINGTON, DC 20009-2601, D.C COUNTY (May 1996)
6 OLD BOGUS RD, NEW FAIRFIELD, CT 06812-2805, FAIRFIELD COUNTY (Jun 1989 - Aug 1993)
6083 W, WASHINGTON, DC 20016, D.C COUNTY (Jan 1990 - Dec 1990)
6083 W MASS NW APT 4201, WASHINGTON, DC 20016, D.C COUNTY (Feb 1990)
4201 MASSACHUSETTS AVE NW APT, WASHINGTON, DC 20016-4701, D.C COUNTY (Jan 1990)
3 SUNNYSIDE LN, NEW FAIRFIELD, CT 06812-3121, FAIRFIELD COUNTY (Jun 1989)
127 MCDOWELL HALL, WASHINGTON, DC 20016-8655, D.C COUNTY (Dec 1988)
4209 BAY FRONT RD LOT A, MOBILE, AL 36605-9413, MOBILE COUNTY
641 W 161ST ST, NEW YORK, NY 10032-5501, NEW YORK COUNTY
100 W 39TH ST APT PHF, NEW YORK, NY 10018-3731, NEW YORK COUNTY
401 E 34TH ST, NEW YORK, NY 10016-4914, NEW YORK COUNTY
1010 HAZEN ST, EAST ELMHURST, NY 11370-1355, QUEENS COUNTY (Aug 2010)
43 LAVELLE AVE, NEW FAIRFIELD, CT 06812-2301, FAIRFIELD COUNTY (Nov 1992 - Jul 1998)

**Active Address(es):**   View All Address Variation Sources

✓ 233 BROADWAY RM 702, NEW YORK, NY 10279-0701, NEW YORK COUNTY ( 2005 - Feb 2024)
**Name Associated with Address:**
STEVEN D KRAMER
**Current Residents at Address:**
STEVEN DAVID KRAMER
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 00123-1001  ⓘ
Owner Name: 233 BROADWAY BORROWER LLC
Property Address: - 233 BROADWAY, NEW YORK, NY 10279-0001, NEW YORK COUNTY
Owner Address: 233 BROADWAY RM 2000, NEW YORK, NY 10279-2208, NEW YORK COUNTY
Total Market Value - $146,417,040
Assessed Value - $65,887,668
Land Value - $14,219,040
Improvement Value - $132,198,000
Land Size - 29411 SF