# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)/United States

v.                                    Case No. _____

_____
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**
NY CPLR 302(a)

Please take notice that _____ has conventionally filed the following attachment or exhibit: _____
_____.

This attachment or exhibit has not been filed electronically because:




Date:_____        /s/_____
                               _____
                               _____
                               _____
                               _____
                               _____
                               _____

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Date:_____  /s/_____
                                                  _____
                                                  _____
                                                  _____
                                                  _____
                                                  _____
                                                  _____
                                                  _____