# EXHIBIT B

Page 1

1

2    SUPREME COURT OF THE STATE OF NEW YORK

3              COUNTY OF NEW YORK

4    Index No. 154123/2021

5    ----------------------------------------x

6    SARA TIRSCHWELL FOR MAYOR, INC., and SARA

7    TIRSCHWELL,

8                        Plaintiffs,

9

10            - against -

11

12   STEVE KRAMER d/b/a GET OUT THE VOTE,

13                        Defendants.

14   ----------------------------------------x

15                        March 21, 2023

16                        10:06 a.m.

17

18            EXAMINATION BEFORE TRIAL of a Defendant,

19   STEVE KRAMER, pursuant to Notice, held at the

20   offices of Hartzog Law, PLLC, 1185 Avenue of the

21   Americas, New York, New York 10036 before Mandy

22   Fein, a Notary Public of the State of New York.

23

24

25

Page 2

```
 1
 2     A P P E A R A N C E S :
 3
 4     STORCH BYRNE, LLP
 5     437 Madison Avenue, 24th Floor
 6     New York, New York 10022
 7          Attorney for Plaintiffs
 8
 9     BY:  EDWARD P. DOLIDO, ESQ
10
11
12     HARTZOG LAW, PLLC
13     1185 Avenue of the Americas
14     New York, New York 10036
15          Attorney for Defendants
16
17     BY:  EDWARD A. HARTZOG, ESQ
18
19
20
21
22
23
24
25
```

Page 3

STIPULATIONS

1

2

3

4       IT IS HEREBY STIPULATED, by and between

5   the attorneys for the respective parties hereto,

6   that:

7       ALL rights provided by the C.P.L.R., and

8   Part 221 of the Uniform Rules for the conduct of

9   Depositions, including the right to object to any

10  question, except as to form, or to move to strike

11  any testimony at this examination is reserved;

12  and in addition, the failure to object to any

13  question or to move to strike any testimony at

14  this examination shall not be a bar or waiver to

15  make such motion at, and is reserved to, the

16  trial of this action.

17      This deposition may be sworn to by the

18  witness being examined before a Notary Public

19  other than the Notary Public before whom this

20  examination was begun, but the failure to do so

21  or to return the original of this deposition to

22  counsel, shall not be deemed a waiver of the

23  rights provided by Rule 3116, C.P.L.R., and shall

24  be controlled thereby.

25      The filing of the original of this

Page 4

1

2     deposition is waived.

3            IT IS FURTHER STIPULATED, a copy of this

4     examination shall be furnished to the attorney

5     for the witness being examined without charge.

6                    *          *          *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1                    KRAMER

2    they want, and then when I was a little older,

3    I joined the Lex Club over on the East Side.

4    When I say older, I'm talking 12.  No one in

5    that club was within 30 years of me.  So, I

6    have always been around it.

7       Q       After Fashion Institute of

8    Technology, you went to Saatchi & Saatchi?

9       A       No.  I was working for the governor

10   for a brief time, just for campaign stuff.

11   They had me on the campaign stuff.

12              Saatchi & Saatchi was just a two year

13   gig.  I got sick of getting coffee for everybody.

14   I helped bring in the Nike account and then I got

15   out, and I worked on campaigns -- well, really

16   since I was six years old, but back in a

17   full-time, paid capacity since 20, 21 years old,

18   but there was never a time in my life that I

19   haven't worked on campaigns.

20      Q       How old are you now?

21      A       53.

22      Q       After your two years with Saatchi,

23   did you work for somebody else?

24      A       Yeah.  I was on the campaign trail.

25   I worked for -- right now I handle 59 members

Page 9

1            KRAMER

2    of congress.  I do seven governors.  Kathy

3    Hochul used to work for me.

4      Q      In what capacity?

5      A      She was a press secretary on a

6    campaign that I did in Buffalo.  Jen Psaki,

7    who was the president's former press secretary

8    used to work for me.  There are two dozens

9    consultants around America that have worked

10   for me at different times, whether it be in a

11   research role, sometimes in a sales capacity

12   or associate capacity, other times as just

13   field captain where they're out helping people

14   knock on doors, things like that.  There isn't

15   a time, again, that I haven't worked in

16   politics.  Here in New York it's almost, I

17   wouldn't call it a hobby, but it is less of

18   the business end I've had in the previous

19   times.  In other words, no less in business, I

20   still do a lot of people over here, but

21   because I do so much nationally and

22   internationally, when I'm here, I try and do

23   as much as I can in the month of March when I

24   do petitioning and month of June right before

25   the primary used to be August right before

KRAMER

1

2  September but now they switched it.

3          So, I am here typically three to five

4  months out of the year.  It depends on the year.

5  I am in the south most -- most particularly in

6  Mobile address you have and New Orleans, much in

7  the same way you might have a Hamptons and New

8  York experience, it is the same type of

9  experience for me there.  Alabama is still very

10 inexpensive what you spend for rent, I might buy

11 a house.  But from a campaign perspective, 100's.

12 I was running three, four campaigns

13 simultaneously at age 19.

14          When I graduated, I was told to

15 concentrate on one at a time until you can move

16 up fast, so I did.  So, I did a lot of

17 congressional races.  We did different statewide

18 and assembly, and other things here in New York,

19 and other states.  I work in 38 states right now.

20          Again, there has never been a time I

21 didn't work in politics.  The two times I was

22 forced to do more what you and I would consider

23 to be government time, I was chief of staff for

24 someone, in both interim roles where I had helped

25 elect someone, because they are either lead

Page 11

1                    KRAMER
2    consultant or other people that they trusted, and
3    I was brought in to fill in as an interim chief
4    of staff, or what they used to call executive
5    assistant, or AA, back in the old days.
6        Q      AA?
7        A      AA.  It was --
8        Q      Administrative assistant?
9        A      It is, but it wasn't the lower title
10   that you would think right now.  It was more
11   of a chief of staff position in DC.  So, I was
12   brought in as an interim guy twice, even
13   though I was young, everybody knew me.  So, I
14   was able to transition a new team for whatever
15   congressional -- two different congressional
16   offices from whatever person they had fired,
17   typically, chief of staff, and then bring in
18   some other people, junior staff.  Both of
19   those didn't go more than maybe three months,
20   three, four months.
21       Q      Who were those congressmen?
22       A      Bart Stupak who is a member of
23   Venable, one of the firms that I am sure you
24   are familiar with.  And then the other was for
25   Jim Maloney, who I had done a lot of

Page 12

1                        KRAMER
2      consulting for up in Connecticut.  Again, they
3      just brought me in for three or four months, I
4      can't remember the exact dates, where they had
5      let someone go and they wanted me to just
6      reorganize the staff and get back on the
7      campaign trail, not necessarily for them, but
8      just in general.  I am not a legislative
9      person.  I like to win.  That is why I am on
10     the campaign trail and always been on the
11     campaign trail.
12        Q      So, Saatchi & Saatchi was the last
13     time you worked for somebody else?
14        A      No.  No.  I work for people all the
15     time.  We do candidates.  I do unions, I do
16     political action committees, I do any number
17     of organizations on a nonprofit level
18     sometimes too where they have different
19     legislation they are trying to choose to do,
20     but I -- it doesn't pay.  I worked for
21     Democracy Data for a little while which is a
22     correct subsidiary of Direct Impact.  That was
23     a lobbying firm that they had me there to --
24     to fix problems sometimes.  They had about 120
25     people at the time.  About eight of us were

Page 13

1                    KRAMER

2      democrats.  So, they were having real problems

3      getting into democratic offices.

4              So, Direct Impact hired me through

5      Democracy Data at a very junior age, I am talking

6      28, 29, something like that to get them into some

7      of the democratic offices where I either had

8      former clients or people I just knew.  So, I

9      would say in the approximately year that I worked

10     over there, I was one of eight democrats in the

11     whole firm, including callers, and I was one of

12     three people who was getting them in some of

13     those democratic offices that they needed to be.

14     Q      When you say you worked for these

15     people, you worked as a consultant or as an

16     employee?

17     A      That is a good question, Democracy

18     Data it was -- it was as an employee.  With

19     Saatchi & Saatchi, we just did it as a

20     consultancy.  The congressman who I had worked

21     with previously, Jim Maloney, asked me to set

22     up an LLC and he said I could earn more money

23     as an LLC than I would as a regular employee.

24     Plus, I was still young enough to get health

25     benefits on my parent's thing, so he said that

Page 14

1                          KRAMER
2      was the thing to do.  So, I just helped the
3      guy get elected to congress, so I listened to
4      what he had to say.
5         Q     Get Out The Vote is not an LLC?
6         A     It has been an LLC.  We've registered
7      in a few states.  I don't know exactly what
8      all our statuses are, I am not an accountant.
9      So, in that respect, I am not knowledgeable
10     about all the financial stuff, but it is.
11        Q     When did you form Get Out The Vote?
12        A     Probably the first time was either
13     Delaware or Nevada, either 1999 or 1998.  The
14     second time would have been in a
15     reincorporation here or re-LLC'ing here in New
16     York State, maybe around 2011, 2012, something
17     like that.  Again, I am sorry that I don't
18     have the exact.
19        Q     It doesn't have to be exact, that's
20     fine.
21              You mentioned you do international work.
22              How did that come about?
23        A     I made a documentary in Paris called
24     Democracia France.  So, it's a documentary
25     about what was going on with the presidential

Page 15

                            KRAMER

1    election back in 2007.  It was a very

2    contentious election between Sarkozy and Le

3    Pen, whose daughter is now running, Segolene

4    Royal, first very serious female candidate

5    that they had for president and then Bayrou,

6    who would be Ross Perot in our type of

7    politics.  They had 19 different parties.  We

8    did something called the Democracia France

9    which in the same way they had, it took

10   democracy in America, which was a book in the

11   1800's that we modeled it after, and that we

12   would be Americans running around interviewing

13   people.  We interviewed 500 different people

14   on the street and then about 106, I think it

15   was, elected officials of which 15 of them I

16   got as clients, mostly just for cause and

17   outbound work.  It's not as accepted to do

18   door-to-door in France, or at least back then

19   it wasn't, as it is to call them or what we

20   would do now is text them, which we do

21   sometimes too.  So, we had 15 members of the

22   Assembly National, it about two years after

23   the documentary came out that we did that.

24   The documentary cost $301,000 to make.  I

Page 16

1                    KRAMER
2        raised $310,000, mostly from dentists, and we
3        were one of the first documentaries to break
4        even in France.  I never -- for me, it's not
5        possible not to pay off the people that
6        invest, so I made great strides to make that
7        happen as far as keeping costs down.
8               Anyways, so the work I do in Europe is
9        in Paris for mostly Assembly National candidates.
10       They are mostly reelects, so they are easy.  In
11       Holland we did some stuff for the European MP's,
12       which is a much lower budger, but gets you in
13       office in Amsterdam, and then, in Italy we did a
14       program where we helped people who were eligible
15       to vote in the Italian election, I can't remember
16       the year, but Canadian and American residents who
17       had Italian parents or parents who had been born
18       in Italy and had emigrated here from Italy to the
19       United States or Canada could still vote in the
20       election.  So, they gave us different lists and
21       we targeted them with calls and mail.  I did that
22       with the folks from Prime New York, which are
23       also one of the prominent firms here.
24              And then in Greece we just did automated
25       calls, we got called by one of the centrist

Page 17

1                        KRAMER

2     parties or someone who was running for president.

3     I want to say that was 2004, 2005.  They had

4     three elections within a short period of time, I

5     think 13 months, so we were involved in one of

6     them.  We aren't involved with that party just

7     because that party has changed significantly

8     since then.  I don't speak Greek.  So, the person

9     who we had as our liaison went on into

10    government, so they couldn't work with us

11    directly anymore.

12            Those are the four places I do European

13    stuff.  I get called from different other

14    consultants who are members of the International

15    Association Of Political Consultants, which I am

16    a member of.  From time to time I just do calls

17    or texts, nothing on the ground.  Again, it is

18    not as accepted there as it is here.  Sorry if

19    that was too long.

20    Q      No.  That was great.  It saved me a

21    lot of questions.  Maybe let's focus on New

22    York City races.

23            Who did you represent, if anyone, in the

24    mayoral election, last mayoral election?

25    A      Obviously we helped out Sara to get

Page 18

```
 1                    KRAMER
 2   her on the ballot on the Republican side.  We
 3   have a certain amount of democratic staff as
 4   well.  They were helping Ray McGuire, who on
 5   the democratic side, to run for mayor, and
 6   that's it.  We got offers from almost
 7   everybody.  Everybody knows me.  I've known
 8   Ray for a few years, so we agreed to be a
 9   supplement from another firm where they had a
10   contract and we were a subcontractor to them.
11   I think they needed another thousand
12   signatures or something like that and then we
13   did Sara, really at the last minute because
14   they called us right before the petitioning,
15   she didn't call me, but a couple of the
16   consultants that were working with her called
17   me to help out possibly for, you know, her run
18   on the Republican side.
19            I know Curtis.  I don't know Mateo at
20   all or Madio, or however it is pronounced.  I
21   only know Curtis because I have worked in
22   politics.
23      Q      Curtis Silvo?
24      A      Yeah.  In fact, there was a
25   fundraiser they did last week for a candidate
```

Page 19

1                    KRAMER

2    they were handling.  They knew each other

3    separately, so we did some of the texts for

4    that particular event.  But he had and I, you

5    know, it is interesting, I've known Curtis a

6    long time, but we hadn't spoken during the

7    mayoral thing.  We got reached out by a couple

8    of packs, but by then, we were already

9    involved with Sara, so I had to turn him down.

10   Q      How did you come to get involved with

11   Sara, and when we say Sara, we are referring

12   to Sara Tirschwell?

13   A      Chapin Fay is a consultant here in

14   town.  I don't know if he was working with

15   Mercury at the time, working with a different

16   firm or his own firm, but I've done many

17   campaigns with him in the different

18   organizations that he has been a part of over

19   the years.

20          So, he called me and asked me if I was

21   interested in getting involved in the Republican

22   Primary and I told him that, you know, explain

23   and so he did, and I never heard of Sara before

24   that day, and I follow politics, obviously.  I

25   don't know if she had come up on some of the

Page 20

1              KRAMER

2    campaign finance board forms at the time or not,

3    but she wasn't one of the two candidates

4    everybody was talking about on the Republican

5    side.  I was very familiar by the Democratic

6    candidates because we were being solicited by all

7    of them.

8              And then, Chapin called me three days

9    later to say that he wasn't going to be with the

10   campaign any more and then I would be getting a

11   call from Barney Keller who is from Jamestown

12   Associates.  I have done work with Jamestown

13   Associates before both nationally, as well as, I

14   think, in Florida we did a couple of campaigns

15   too.  Ken Kurson, who you may or may not know, he

16   used to be one of the principals over there and

17   that's when I had a relationship, business

18   relationship, with Jamestown.  Barney Keller was

19   someone who I had assumed was a junior person,

20   who was just kind of filling in because Chapin

21   was getting off the campaign, and then, so Barney

22   Keller from Jamestown was our principal contact

23   for that initial time with Sara.  He asked me if

24   I was interested and I said I hadn't done a lot

25   of research, but, you know, if she was a

Page 21

KRAMER

1

2    legitimate candidate, we could probably do some

3    stuff with her.  So, that is when we started

4    going into negotiations with him and with Sara

5    Tirschwell.

6        Q    Before Sara Tirschwell, you've done

7    other mayoral campaigns in New York City?

8        A    Yeah.

9        Q    Which ones?

10       A    Ed Koch came to my house when I was

11   nine years old for dinner, you know, we've --

12   I did Bloomberg twice.  We did phone calls the

13   first time in 2001, automated calls only.  We

14   did automated calls again through different

15   consultant.  The first time it was with a

16   group out of Colorado that was working for the

17   Bloomberg people as their main -- I don't know

18   if they were the main poster, but they were

19   the main live call people and they needed

20   someone to supplement them with live automated

21   calls in 2001.  So, we went in and did maybe

22   3 million calls for the Bloomberg campaign

23   that first time, and then in 2005, one of the

24   guys whose a principal over at SKD, which is

25   another major firm, called me and said they

Page 22

KRAMER

1    KRAMER

2    needed calls for Bloomberg for both the

3    campaign, as well as, the Vote Yes Campaign,

4    which was allowing people to run without a

5    party line in 2005.  It was an initiative.  We

6    were doing stuff for Bloomberg as well as that

7    initiative the Vote Yes which, we were

8    overseeing as an individual.

9            And then we helped Bill Thompson in the

10   following race, which was 2009.  Bill Thompson

11   and I play golf together.  I've known him since

12   he was a school board president.  We just did the

13   very limited calls and texts for some of their

14   fundraising crew back before text was popular.

15   More as a favor.  I think we may have even done

16   some of them in kind.  I can't say that Emma

17   Bloomberg was very happy, who I am friends with,

18   but, yeah.

19           So then, we did not work with Deblasio's

20   campaign when he first ran.  There was a pack

21   that was having us do calls in favor of Deblasio

22   and the name escapes me, the pack we were doing

23   at the time, but we were just doing calls at the

24   time for that mayoral race.  There were other

25   candidates that we helped along the way in

Page 23

                              KRAMER

1

2    different things that were losing candidates.

3    Anthony Wiener, we helped briefly, but he ended

4    up not going to a runoff, instead, he declined

5    going to a runoff.  We only did live calls for

6    them.  Mark Benoit was my main contact.  He works

7    over at Davidson Hutcher.  I think he is an

8    attorney, but he was the campaign manager at the

9    time.  Again, we were just doing live calls for

10   Anthony Wiener at the time.  There was a number

11   of their staffers who were real big comers that

12   all tried to recruit me, and I came on late for

13   them.

14            I am trying to think -- I don't think

15   anybody really ran the second time against -- I

16   have a relation with John Catsimatidis, who took

17   on Bill Deblasio the second time.  He's

18   contributed to different efforts that we've done

19   stuff for where other people were doing

20   legislation and Catsimatidis would sometimes help

21   out with calls, or text, or other things he would

22   hire us for through the Red Apple Group, but we

23   never did anything directly for his mayoral

24   campaign, although, I like him personally.

25            I am trying to think any time in the

Page 24

1              KRAMER

2     last 20 years, anybody beyond that that we've

3     done stuff for.  I have to think about it a

4     little bit.

5     Q       That's enough for now.

6     A       Just for the mayoral, that's it.

7     Q       What services do you offer in

8     connection with the campaign?

9     A       So, we have four core services,

10    automated calls, among one of the largest

11    automated call vendors in the country.  I can

12    do 15.4 million calls in a day.  Live calls,

13    which are, people to people calls.  They come

14    from either our call centers or their homes

15    where we set up them, especially during the

16    pandemic, they can work from home.  So, we can

17    do 836,000 30 second calls in a day.  It's not

18    the highest in the country as far as capacity

19    goes, but it is a nice supplement for the

20    things that people need especially when they

21    have gotten their list down of who they really

22    want to influence.  We do texting.  We

23    introduced texting to the East Coast through

24    Hustle at RumbleUp on the Republican side and

25    then a couple of other smaller companies where

Page 25

KRAMER

1
2   people could use that platform to go ahead and
3   text from their campaigns.  If they had 20
4   volunteers, they could do their own texting.
5   We typically come -- we started by introducing
6   them and then after the first year, we
7   realized that here we are just teaching people
8   how to do this, and we are spending a lot of
9   time teaching other people how to do someone
10  else's product.
11          So, we took it in-house.  I had my call
12  centers underway.  We flipped it over to manual
13  blast texting from our call centers where much
14  like you are typing right now, after two key
15  strokes, it loads them with a new person.  The
16  second sends a text.  You have to send that to
17  each individual person.  So, sometimes someone is
18  tapping on their keyboard all day long because
19  they are sending texts.  My capacity for texts in
20  a day are 5.5 million.  And, again, it is from
21  the same call centers that we were talking about
22  just a minute ago.  I have three call centers in
23  the United States.  One is in Arlington, Texas.
24  One is a rented facility that I have a business
25  partner who does everything.  We just bring in

Page 26

1                    KRAMER

2    the business and this is in North Rock, and then

3    I have another East Hartford where we own all the

4    equipment, but they supply the equipment.  We use

5    three call centers, text centers because there

6    are days that we have almost capacity, not many,

7    but they do a lot of other things throughout the

8    year, not necessarily with just us.  Then the

9    last of our, let's say, four core, again,

10   automated calls, texting, live calls, is

11   door-to-door campaigns.  We do 72 hour campaigns

12   we do petitioning campaigns.  We do long-term

13   campaigns for both entities like hospitals

14   sometimes for community support when they need to

15   get zoning passed or getting petitions for going

16   on the ballot, or knocking on doors to hand out

17   pamphlets for candidates all around the country.

18   I work in 38 states.

19       Q      How many employees do you have?

20       A      It depends.  On a typical day, 18 to

21   50.  If we're running just a minimal capacity

22   with technicians and phone calls that we're

23   doing, so if we're doing, let's say, three

24   campaigns for automated or live calls, if it

25   is live calls it is going to be more people.

1              **KRAMER**

2    is March 22nd through March 25th.  Last date

3    to authorized, last date accept, last day

4    file.  So, it is looking, and correct me if

5    I'm wrong here, this might have been a

6    shortened period because of the COVID

7    outbreak.  It looks like, at least from here,

8    it went from March 2nd through March 25th, and

9    when I say March 25th, that is the last day to

10   file the petitions and stuff.  So, it was an

11   abbreviated period.  It wasn't the five weeks.

12   It was probably more of a three and a half

13   week period.

14     Q      So, the petition period started March

15   2nd, 2021.

16            When did you start working for Sara

17   Tirschwell?

18     A      The first conversation that we had

19   with her campaign was, again, with Chapin Fay,

20   who was still a part of their campaign, who

21   reached out to me, asked me if I was

22   interested.  I told them I wanted to know a

23   little bit more about the candidate.  It took

24   them about a day to get one page on her other

25   than what we can find on-line.  I would say

Page 46

1                          KRAMER

2       that was within a couple of days of that end

3       of February time period.  Then we got a call

4       from Chapin Fay again a few days later saying

5       he wasn't on the campaign any more, he didn't

6       go into the longer reason.  He had said some

7       things about her and we took it to note, and

8       then, he said I would be getting a call from

9       Barney Keller who was with Jamestown

10      Associates.  I would say that's around that

11      same 27th or 28th.  It was leap year and

12      March 1st time period, but it was definitely

13      just before the very beginning of the petition

14      period.

15              Typically, we have everything set up for

16      that first couple of weeks with at least a few

17      campaigns that we're gonna be working with.  So,

18      they get their materials over to us, they get

19      their petitions over to us, any special

20      instructions or script that they typically use

21      for a campaign, but it sounded like that Sara's

22      campaign was going through transition at that

23      time between the Chapin Fay and Barney Keller.

24      Barney Keller may have been there earlier, but I

25      got a call from Barney within a day, they had me

Page 47

KRAMER

1
2   on the phone with Sara to explain our process and
3   who I am all that.  Took about two days of
4   negotiating with Sara to come to what level she
5   was comfortable with or had negotiated, I should
6   say, and then we got started literally they had
7   drafted a petition previously to us, and gotten
8   it over to us, and we looked it over, it looked
9   fine to us, but then they found a mistake with
10  one of the addresses, I believe it was Sara's
11  address of her home.  Because I have a
12  relationship at the printer, they were able to
13  move things up a little bit, but not
14  significantly.  So, what we did was we printed
15  some petitions in-house so we can get started.
16  We had a staff ready to go.  They were willing to
17  give the go ahead.  And then that print shop,
18  which is, US Print -- no, New York Print and they
19  do most of the printing, at least, of petitions
20  for well over half of the candidates that run
21  anywhere in New York City just because they do it
22  right.
23          So, that's how that started.  Barney
24  Keller is the one who gave us the green light to
25  talk to Sara.  Sara negotiated with me and Barney

Page 48

1                KRAMER

2    for about a day, maybe two days total.  Jim Tyrel

3    from Venable drew up the contract and we would

4    read it for half a day, signed it and started.  I

5    would say that the first or second day we were

6    already out there with the change, but it took a

7    few days for the print shop to do the printed

8    petitions that we would use for the preponderance

9    of the campaign.

10      Q      Thank you.

11             MR. DOLIDO:  Please mark this as

12   Plaintiffs' Exhibit 2.

13             (Email Exchange marked as Plaintiffs'

14   Exhibit 2 for Identification, as of this date.)

15      Q      Mr. Kramer, I am showing you a

16   document that's been marked as Plaintiffs'

17   Exhibit 2.  It's a series of emails.  The

18   first two emails are forwarded from one

19   attorney to the next, from Mr. Hartzog to Mr.

20   Kokhba.  All the emails I am going to show you

21   today have that sort of forwarding.  Ignore

22   the first two emails.

23             (Exhibit handed to witness.)

24      A      You mean between Ed Hartzog and other

25   attorneys?

Page 62

1                      KRAMER

2    County, I think that's Line 4 and Line 5, and

3    then Line 8, you have Queens as well.  With

4    the date, again, that's more to keep

5    continuity so someone doesn't screw up a page.

6          MR. DOLIDO:  Off the record.

7          (Off the record.)

8      Q     Mr. Kramer, how many petition

9    gatherers did you have working on Sara's

10   campaign?

11     A     We had three different categories of

12   people who were out there, really four.  We

13   had people who were registered Republicans who

14   could witness when someone was actually

15   signing, so they would be the one with the

16   clipboard and definitely the petition sheets.

17   We had gatherers, which, much in the same way

18   we were talking about before.  Sometimes we

19   had people out there who were just aggressive,

20   find someone, find they are a Republican

21   voter, bring them over to that person and

22   Steve Kramer when he's nine years old bringing

23   over Shelly Silver because you don't have so

24   many Republicans who are willing to do 20 to

25   and $25 an hour work.

INDEX NO. 154123/2021
RECEIVED NYSCEF: 10/20/2023

```
 1                    KRAMER
 2          So, we have different people who earn a
 3   little bit less, not much, or the same, just are
 4   very good.  They bring them over to that petition
 5   person whose holding the clipboard.  So,
 6   typically, the person whose gathering, the one
 7   whose got literature, pencils or chum, or
 8   whatever that campaign is giving out, and then
 9   bring them over to that Republican petition
10   person.  We had drivers who drive people from
11   whatever location they are at to -- so,
12   typically, subway stop and we will move them over
13   to a group of buildings, let's say, in Riverdale
14   or certain parts of Jewish Brooklyn where we know
15   there were typically more Republicans, and then
16   we would give them a list of the people in that
17   building and they would go into that building.
18   Sometimes we had access granted by a resident.
19   Sometimes we had to maneuver our way in, which is
20   not untypical, and then there is a captain who
21   coordinates an entire time.  So, an entire team
22   is typically anywhere from 8 to 15 people
23   depending on where they are, what the number of
24   petition people that they have there.  So, they
25   might have five petition people out there who are
```

Page 64

1             KRAMER

2    able to witness.  They might have five getters as

3    we were talking about before or gatherers, a

4    driver and then a captain.  Typically on any team

5    that we've got out there and I think we had at

6    any given time five to eight teams for Sara in

7    different neighborhoods.

8        Q      So, how many gatherers?

9        A      Verses people who were --

10       Q      Verses drivers or verses these other

11   categories?

12       A      I would have to look.  I have all the

13   time sheets because, as you probably know, the

14   Campaign Finance Board requires all that

15   information.  So, we keep accurate information

16   about who was our drivers, who was our people

17   who were petition gatherers, and I think there

18   is probably a chart somewhere of the actual

19   names of the petitions.  It changes from

20   campaign to campaign.  Not every candidate is

21   liked by every petition gatherer, so they work

22   on certain ones, and then the number of

23   captains would have been probably eight

24   captains total on any given day.  It might be

25   five to eight, depending on who was working,

Page 65

KRAMER

1

2     what shift they were working and such.  So, on

3     any given day we might have as many as 40, 45

4     people out there for her, but certain days, if

5     it was raining, it might be less.

6        Q      In addition to the time sheets,

7     you'll also have payroll records, correct?

8        A      The time sheets are the payroll

9     records.  So, what happens is we have to by

10    law or by Campaign Finance Board Law here in

11    New York State, which I don't know if she's in

12    the program or not, but I am sure she had to

13    submit things to the Campaign Finance Board

14    about who was working with her campaign, not

15    just who she is paying for her consultants,

16    printers or media people, fundraisers or all

17    the other stuff, but there is a subcontractor

18    form that we would fill out for every campaign

19    because we do it for every campaign, and we

20    don't subcontract, we have it internal, and

21    then we provide time sheets to the Campaign

22    Finance Board on each of the campaigns that we

23    work with, so we have all those.

24             MR. DOLIDO:  We will ask for their

25    production.

1              **KRAMER**

2     candidates or Democratic candidates who were

3     Democrats running for especially City Council

4     at that same time.  We may have done a DA race

5     at the same time.

6        Q      Not mayor?

7        A      No.  As I mentioned before, Ray

8     McGuire we were doing for the Democrats.

9        Q      You did the petitions for the Ray

10    McGuire --

11       A      We were a subcontractor to do

12    petitions for the Ray McGuire campaign for one

13    of the other main contractors that I think he

14    had five or six main contractors.  We would

15    have been a subcontractor to them for a

16    certain amount of block of time or block of

17    canvassers in the same way.  Hers was just a

18    direct relationship with the campaign rather

19    than being through another contractor, the

20    subcontractor.  So, the subcontractor form we

21    have to fill out.  Most times we just say no,

22    we didn't subcontract because we don't.  We

23    are usually the main body or someone

24    subcontracts to us, someone else would have to

25    fill out that form.  That is how it would have

INDEX NO. 154123/2021

RECEIVED NYSCEF: 10/20/2023

```
                           KRAMER
 1
 2    been.
 3      Q     Is the training documented in
 4    writing?
 5      A      No.  We had gone with things like
 6    that before, but then every campaign is
 7    different.  If you're doing something in
 8    California, it is different than something in
 9    Florida as far as what you are required to do
10    and required to collect.  For example, in Ohio
11    we were doing nuclear energy.  In Florida we
12    helped out a little bit on casino gambling.
13    Both of those initiatives had one signature
14    per page and then witness statement.  Totally
15    different than 10 or 15, or 5, whatever it
16    maybe.
17           So, every single campaign is a little
18    different how they want things done and we work
19    with that campaign.  Typically, you have someone
20    from a campaign who likes to be the person that
21    teaches everybody how to do it.  What I mean is,
22    typically, it is an election law attorney who
23    is -- just wants to do it the right way, so they
24    might do a training.  At this campaign, it would
25    have been on-line, but she didn't because of the
```

Page 124

1                    KRAMER

2    COVID pandemic, it was tougher to recruit some of

3    the people that we would typically have or

4    tougher to get petition signatures that we

5    typically had.  So, we probably included things

6    like wearing your mask, not touching anybody and

7    making sure you had multiple pens in case someone

8    wanted to keep the pen that they would go ahead

9    and use.  Those are just slight tweaks.  While if

10   we were doing something for Kanye West, where you

11   can get any voter whose actually a voter, we had

12   some of the same health procedures that we had to

13   go through, because it was, again, maybe within a

14   year of this campaign, but each campaign is just

15   different.  So, having a training on what to do

16   doesn't always apply to every single state, but

17   we do, we put everybody through training.

18        Q      Who did the training for Sara's team?

19        A      Each of the captains.

20        Q      Who are the captains?

21        A      I don't have the list in front of me.

22        Q      Where would I look to determine who

23   the captains are?

24        A      We can get you that list.

25        Q      Okay.

Page 125

1                          KRAMER
2       A       And it would be in the time sheets
3    too because it is listed in the time sheets
4    what their role was in each case, whether it
5    is a driver, getter.  You probably have it,
6    but that thick.
7       Q       Got you.  Thank you.
8               The next bullet under the sub bullets
9    says, 29 Paid Petitioners.
10              How many petitioners did you have?
11      A       Again, it just depends.  We had the
12   witnesses and then we had the getters, and
13   then we had the drivers.  So, the canvas team,
14   paid petitioners, volunteer petitioners also.
15   So, technically, that could be considered some
16   of her volunteer petitioners too that we were
17   overseeing.  The poster and the sign screw,
18   field support staff are just people who were,
19   again, people that were drivers, people who
20   were putting up signs on people's businesses.
21   She didn't have any signs.  All she had was
22   the sign that we had.
23              So, that would have been a part of that
24   crew.  Field support staff, again, some of the
25   people that we mentioned as far as looking up

Page 173

1                        **KRAMER**

2     a long conversation.  It is more of just making

3     sure that you're in the district or portion of

4     the district.

5        Q       Exhibit B, compensation reflects 26

6     petitioners at $125 a shift.

7                They didn't get paid $125 a shift?

8        A       $25 an hour.

9        Q       $25 an hour?

10       A       Yeah, five hour shifts.  Five hour

11    shifts times 25 is $125.  Occasionally, we

12    have to take out insurance on people who work

13    a certain number of hours like 37 hours or

14    more, we will take out insurance on them.

15    Some of my staff that is technical, set up the

16    calls, set up the texts, but most of these

17    people, they are on their own insurance.

18    Again, a lot of these people under 25, under

19    their parent's insurance or already have the

20    benefits of having their own insurance, but

21    they're getting $25 an hour.  Drivers get more

22    sometimes and captains definitely get more.

23    Captains are getting 175 a shift.

24       Q       How are you making money, let me

25    break that down --