IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **STEVE KRAMER,** *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-73-SM-TSM |

**PLAINTIFFS' PARTIALLY ASSENTED-TO MOTION FOR LEAVE TO EXTEND THE PAGE LIMIT FOR THEIR CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs League of Women Voters of New Hampshire ("LWV-NH"), League of Women Voters of the United States ("LWV-US"), Nancy Marashio, James Fieseher, and Patricia Gingrich (collectively, "Plaintiffs"), through counsel, respectfully submit this motion for an extension of the page limit in their Consolidated Opposition to Defendants' Motions to Dismiss. Plaintiffs request that the Court expand the page limit to thirty-five pages, excluding caption, certificate of compliance, table of contents and authorities, exhibit index, and any certificate of service.

Plaintiffs' counsel has conferred with counsel for Defendants Lingo Telecom, LLC, Life Corporation, and Voice Broadcasting Corporation who have provided their assent to the extension of the page limit.

A proposed order is attached.

Dated: July 23, 2024

Respectfully submitted,

*/s/ Mark R. Herring*  _____

Mark R. Herring* (DC Bar #90013124)
Matthew R. Nicely* (DC Bar #430564)
Caroline L. Wolverton* (DC Bar #496433)
Amanda S. McGinn* (DC Bar #1049085)

Joseph T. DiPiero* (DC Bar #1618536)
Maria Julia Hershey* (DC Bar # 90020162)
Sara M. Hanna* (DC Bar #90017864)

AKIN GUMP STRAUSS HAUER & FELD
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
(202)-887-4000
mherring@akingump.com
mnicely@akingump.com
cwolverton@akingump.com
amcginn@akingump.com
jdipiero@akingump.com
mhershey@akingump.com
shanna@akingump.com

Courtney Hostetler* (MA Bar #683307)
John Bonifaz* (MA Bar #562478)
Ben Clements* (MA Bar #555802)
Amira Mattar* (NY Bar #5774450)

FREE SPEECH FOR PEOPLE
48 N. Pleasant St., Suite 304
Amherst, MA 01002
617-244-0234
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
amira@freespeechforpeople.org

William C. Saturley (NH Bar #2256)
Nathan R. Fennessy (NH Bar #264672)
Nicholas A. Dube (NH Bar #27464)

PRETIFLAHERTY
57 N Main Street
New Hampshire 03301
(603)-410-1500
WSaturley@preti.com
Nfennessy@preti.com
Ndube@preti.com

*Counsel for Plaintiffs*
*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on July 23, 2024, the foregoing was electronically filed with the Court and served upon the following:

Boyd Garriott
Frank Scaduto
Michele E. Kenney
Thomas M. Johnson, Jr.
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
210-833-5573
*Counsel for Defendant Lingo Telecom, LLC*
***Via ECF System***

Steve Kramer
20 Cloverfield Drive
New Fairfield, CT 06812
***Via US Mail***

Wayne E. George
Ezra D. Church
Terese M. Schireson
Morgan Lewis & Bockius LLP
One Federal St
Boston, MA 02110-4104
*Counsel for Defendants Life Corporation and Voice Broadcasting Corporation*
***Via ECF System***

A true and correct copy was also transmitted via electronic mail to Steve Kramer at gotvcalls@gmail.com.

Respectfully submitted,

*/s/   Mark R. Herring*_____
Mark R. Herring (DC Bar #90013124)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **STEVE KRAMER,** *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-73-SM-TSM |

## PROPOSED ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to Extend the Page Limit for their Consolidated Opposition to Defendants' Motions to Dismiss. Upon consideration of the Motion, the record thereon, and for good cause shown it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss shall not exceed thirty-five (35) pages.

IT IS SO ORDERED.


Dated: _____, 2024

_____
The Honorable Steven J. McAuliffe