UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

League of Women Voters
of New Hampshire, et al

    v.                                  Case No. 24-cv-73-SM

Lingo Telecom, LLC, et al

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Endorsed Order and Clerk's Entry of Default dated August 29, 2024;

2. Stipulation of Dismissal as to Lingo Telecom, LLC dated March 26, 2025;

3. Order by Judge Steven J. McAuliffe dated May 23, 2025; and

4. Order by Judge Steven J. McAuliffe dated November 20, 2025, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc dated October 17, 2025.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                              By the Court:

                                              Tracy A. Uhrin
                                              Clerk of Court

Date: November 21, 2025

cc:    Counsel of Record
       Steve Kramer